United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-41082
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

LORENZO MACIAS-LEON,

                                    Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-116-1
---------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

    Lorenzo Macias-Leon (Macias) appeals the 27-month sentence

he received following his guilty-plea conviction for illegal

reentry, in violation of 8 U.S.C. § 1326.  He asserts that the

"felony" and "aggravated felony" provisions of § 1326(b) are

facially unconstitutional.

    The constitutional issue raised by Macias is foreclosed by

Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998).

Although Macias contends that Almendarez-Torres was incorrectly

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

decided and that a majority of the Supreme Court would overrule Almendarez-Torres in light of Apprendi v. New Jersey, 530 U.S. 466 (2000), we have repeatedly rejected such arguments on the basis that Almendarez-Torres remains binding. See United States v. Garza-Lopez, 410 F.3d 268, 276 (5th Cir.), cert. denied, 126 S. Ct. 298 (2005). Macias properly concedes that his argument is foreclosed in light of Almendarez-Torres and circuit precedent, but he raises it here to preserve it for further review.

The district court's judgment is AFFIRMED.